

**IT IS ORDERED as set forth below:**

**Date: June 20, 2012**

_Paul W. Bonapfel_

_____

**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

_____

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ROME DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 11-40606 |
| | : | |
| CHARLES DANIEL MCALLISTER, | : | CHAPTER 13 |
| FRANCIS DIANE MCALLISTER, | : | |
|     DEBTORS. | : | JUDGE BONAPFEL |
| | : | |
| CHARLES DANIEL MCALLISTER, | : | CONTESTED MATTER |
| FRANCIS DIANE MCALLISTER, | : | |
|     MOVANTS, | : | |
| | : | |
| V. | : | |
| | : | |
| CITIMORTGAGE, INC., | : | |
| | : | |
|     RESPONDENT. | : | |

### <u>ORDER ON OBJECTION TO CLAIM #7 OF CITIMORTGAGE, INC.</u>

This matter came before the Court upon the Objection to Claim, filed by debtors, seeking

disallowance of a claim of CitiMortgage, Inc. ("Respondent"), marked claim #7 on the claims

register, and requesting that any funds disbursed to claim #7 be deemed as disbursed on claim

#8.

Claim #7 was originally filed by debtors' counsel on behalf of Respondent in the amount of $2,811.87 after Respondent did not file a claim before the bar date. Later, however, Respondent filed its own claim for the same debt, marked claim #8 on the claims register. Debtors disputed the amount of their indebtedness to Respondent, among other claims for relief, in adversary proceeding no. 11-04053, which has since been resolved. Nevertheless, both claim #7 and claim #8 remained on the claims register and are duplicative. The Trustee disbursed $450.00 on claim #7 before noticing the issue and promptly contacted debtors' counsel about the duplicative claims. By application of Fed. R. Bankr. P. 3006, the parties are unable to withdraw claim #7 as a matter of course. Therefore, debtors' counsel filed this Objection.

A hearing on the Objection was held on June 13, 2012 at which debtors' counsel appeared. No opposition was raised at the hearing and no written objections have been filed. Accordingly, it is

**HEREBY ORDERED** that the Objection to Claim #7 of CitiMortgage, Inc. in the amount of $2,811.87 is sustained and this claim is disallowed as a duplicative claim.

**FURTHER ORDERED** that the $450.00 and any other funds the Chapter 13 Trustee has disbursed to CitiMortgage, Inc. on claim #7 be applied to, and deemed as disbursed on, claim #8 of CitiMortgage, Inc.

### [END OF ORDER]

Presented and prepared by
THE HURTT LAW FIRM, LLC

*/s/ David W. Johnson*
David W. Johnson
GA Bar 940310
Attorney for Debtor
PO Box 1304
Dalton, GA 30722-1304
706.226.5425

Reviewed as to form by:

*/s/ Brandi L. Kirkland*
Brandi L. Kirkland
GA Bar 423627
Attorney for Chapter 13 Trustee
100 Peachtree Street, Suite 2700
Atlanta, GA 30303

## Distribution List

David W. Johnson
The Hurtt Law Firm, LLC
PO Box 1304
Dalton, GA 30722-1304


Chapter 13 Trustee
Suite 2700, Equitable Bldg.
100 Peachtree St.
Atlanta, GA 30303


Burr & Forman, LLP
Attn:  John Michael Kearns, Esq.
171 Seventeenth St. NW, Ste. #1100
Atlanta, GA 30363


CitiMortgage, Inc.
Attn:  Sheila Washington
P.O. Box 140609
Irving, TX 75014-0609